UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARLON NURSE,

                                        Plaintiff,      **STIPULATION**
                                                           **CONSOLIDATING CASES**
        -against-

NEW YORK CITY HEALTH AND HOSPITALS      13 CV 115 (WFK)(SMG)
CORPORATION, JACQUELINE PURSER, and JEFF
EGERTON (sued herein as Jeffrey Egerton) as aiders
and abettors,

                                         Defendants.

-------------------------------------------------------------------x

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

DEASIA DUKES,

                                        Plaintiff,      **STIPULATION**
        -against-                                    **CONSOLIDATING CASES**

NEW YORK CITY HEALTH AND HOSPITALS      13 CV 207 (ILG)(RML)
CORPORATION, JACQUELINE PURSER, and JEFF
EGERTON (sued herein as Jeffrey Egerton) as aiders
and abettors,

                                           Defendants.

-------------------------------------------------------------------x

        **WHEREAS**, plaintiff Marlon Nurse filed a complaint with the Clerk of this Court on January 8, 2013, Docket No. 13 CV 115, naming the "New York City Health and Hospitals Corporation, Jacqueline Purser, and Jeff Egerton (sued herein as Jeffrey Egerton), as aiders and abettors," as defendants (the "<u>Nurse</u> action"); and

        **WHEREAS**, plaintiff Marlon Nurse alleges causes of action against defendants under Title VII, 42 U.S.C. § 1983, and New York State and City Human Rights Laws; and

**WHEREAS**, plaintiff Deasia Dukes filed a complaint with the Clerk of this Court on January 12, 2013, Docket No. 13 CV 207, naming the "New York City Health and Hospitals Corporation, Jacqueline Purser and Jeff Egerton (sued herein as Jeffrey Egerton), as aiders and abettors," as defendants and these are the same defendants in the Nurse action; and

**WHEREAS**, plaintiff Deasia Dukes alleges claims against defendants under Title VII, 42 U.S.C. § 1983, and New York State and City Human Rights Laws and these are the same statutes as in the Nurse action; and

**WHEREAS**, the fact allegations in Civil Action Nos. 13 CV 115 and 13 CV 207 are based on the same alleged acts and omissions by defendants; and

**WHEREAS**, discovery in Civil Action Nos. 13 CV 115 and 13 CV 207 will involve the same or substantially similar matters; and

**WHEREAS**, both Civil Action Nos. 13 CV 115 and 13 CV 207 involve common questions of law and fact; and

**WHEREAS**, a substantial savings of judicial and attorney resources are likely to result from consolidating Civil Action Nos. 13 CV 115 and 13 CV 207; and

**WHEREAS**, the parties agree that these actions should be consolidated for any and all purposes from the date of this Stipulation; **NOW, THEREFORE,**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, as represented below, as follows:

1. Civil Action 13 CV 115 and 13 CV 207 currently pending in the United States District Court for the Eastern District of New York be, and they hereby are, consolidated for any and all purposes under Docket No. 13 CV 115.

2. The Clerk is respectfully requested to close Civil Action No. 13 CV 207.

-2-

3. Pursuant to the Guidelines for the Division of Business Among District Judges in the Eastern District of New York as it pertains to "related cases," as defined in those guidelines, all proceedings in the consolidated action shall proceed under Civil Action Docket No. 13 CV 115 under the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARLON NURSE and DEASIA DUKES,

                                Plaintiffs,

        -against-                            13 CV 115 (WFK)(SMG)

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, JACQUELINE PURSER, and JEFF EGERTON (sued herein as Jeffrey Egerton) as aiders and abettors,

                                Defendants.

------------------------------------------------------------------x

Dated:     New York, New York
             April _____, 2013

**LEEDS BROWN LAW, P.C.**
Attorneys for Plaintiffs
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550

By: _____
       Matthew Brian Weinick

**MICHAEL A. CARDOZO**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-184
New York, New York 10007-2601
(212) 788-0759

By: _____
       John S. Schowengerdt
       Assistant Corporation Counsel

**SO ORDERED:**

___4/18/13___
/Date

___[signature]___
U.S.D.J.

**I Leo Glasser**